USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                               :
SHENZHEN LANTENG CYBER                :
TECHNOLOGY CO. LTD.,                       :
                                               :
                                   Petitioner,   :           1:23-cv-00991-GHW
                                               :
                           -against-                  :                 ORDER
                                               :
AMAZON.COM SERVICES, LLC;            :
AMAZON.COM, INC.,                           :
                                               :
                                   Respondents.   :
                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        This action was removed from the Supreme Court of the State of New York, County of New York, on February 6, 2023. Dkt. No. 1. Counsel for Petitioner is directed to promptly file a notice of appearance in this case. Counsel for Respondents is directed to serve a copy of this order on Petitioner, and to retain proof of service.

        SO ORDERED.

Dated: February 22, 2023
        New York, New York

                                                         _____
                                                            GREGORY H. WOODS
                                                         United States District Judge