USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    :
SHENZHEN LANTENG CYBER    :
TECHNOLOGY CO. LTD.,    :
    :
    :
    Petitioner,    :    1:23-cv-00991-GHW
    :
-against-    :    ORDER
    :
AMAZON.COM SERVICES, LLC;    :
AMAZON.COM, INC.,    :
    :
    Respondents.    :
    :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court will hold a status conference with respect to how briefing should proceed in this matter by telephone on March 1, 2023, at 4:30 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

    Counsel for Respondents is directed to serve a copy of this order on Petitioner, and to retain proof of service.

    SO ORDERED.

Dated: February 23, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge