UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHENZHEN LANTENG CYBER
TECHNOLOGY CO., LTD.,

                     Petitioner,                               23 **CIVIL** 991 (GHW)

       -against-                                    **JUDGMENT**

AMAZON.COM SERVICES, LLC and
AMAZON.COM, INC.,

                    Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 26, 2023, Lanteng's petition to vacate the Award is DENIED, and Amazon's cross-petition to confirm the Award is GRANTED. Judgment is entered in favor of Amazon; accordingly, the case is closed.

**Dated**: New York, New York
          September 26, 2023

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                                **Clerk of Court**

                       **BY:**         *K. Mango*

                                                                _____
                                                                **Deputy Clerk**